RECEIVED
APR 24 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| VAUGHN JOHNSON, **Petitioner** | CIVIL ACTION NO. 1:19-CV-160-P |
| VERSUS | JUDGE DEE D. DRELL |
| ICE, ET AL., **Respondents** | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 48), and after a de novo review of the record including the Objection filed by Petitioner (Doc. 49), and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Petitioner's § 2241 petition is **DISMISSED** without prejudice for lack of jurisdiction.

In so ruling, we note that even in Petitioner's objections is reflected substantial prior consideration of his citizenship claims, coupled with his own multiple deceptive activities surrounding these same claims. While we agree that we have no jurisdiction, it appears that the case for denial of his claims on the merits would be substantial in any event.

**SIGNED** this 23rd day of April 2019, at Alexandria, Louisiana.

**DEE D. DRELL**
**UNITED STATES DISTRICT JUDGE**